

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00354-CV

| | | |
|---|---|---|
| TAMMY HARRISON, Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-645678-18) |
| V. | § | August 21, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| CORY WALKER | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack